CLOSED, CV

# U.S. District Court
# District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:08−cv−04687−JMR−FLN

Ledwell v. Davol, Inc. et alDO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT..
Assigned to: Judge James M. Rosenbaum
Referred to: Magistrate Judge Franklin L. Noel
Cause: 28:1332−pip−Diversity−Personal Injury, Product Liability

Date Filed: 07/14/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Horace Ledwell** represented by **Charles H Johnson**
Charles H Johnson &Associates, PA
2599 Mississippi St
New Brighton, MN 55112
651−633−5685
Fax: 651−633−4442
Email: johnsonbarbara5@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C. R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/14/2008 | Ï 1 | COMPLAINT against Davol, Inc., C. R. Bard, Inc. ( Filing fee $ 350 receipt number 4−25472), filed by Horace Ledwell. Assigned to Judge James M Rosenbaum per Master List, referred to Magistrate Judge Franklin L Noel. (Attachments: # 1 Civil Cover Sheet) (jam) (Entered: 07/14/2008) |
| 07/14/2008 | Ï | Summons Issued as to Davol, Inc., C. R. Bard, Inc.. (jam) (Entered: 07/14/2008) |
| 07/15/2008 | Ï 2 | REQUEST FOR WAIVER of Service sent to Ms. Sabina Downing, Attorney for Defendants (ckp.filings@crbard.com) on 07/15/2008 by Horace Ledwell. Waiver of Service due by 8/15/2008. (Attachments: # 1 Attached Waiver of Service of Summons form sent to Defendants, # 2 Certificate of Service)(Johnson, Charles) (Entered: 07/15/2008) |
| 07/17/2008 | Ï 3 | WAIVER OF SERVICE Returned Executed filed by Horace Ledwell. Davol, Inc. waiver sent on 7/15/2008, answer due 9/15/2008; C. R. Bard, Inc. waiver sent on 7/15/2008, answer due 9/15/2008. (Attachments: # 1 Certificate of Service)(Johnson, Charles) (Entered: 07/17/2008) |
| 08/25/2008 | Ï 4 | |

| | | |
|---|---|---|
| | | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO−26) transferring case to the District of Rhode Island per MDL Panel for coordinated or consolidated pretrial proceedings. Case assigned to Judge Mary M. Lisi. (jam) (Entered: 08/26/2008) |